Argued January 30, affirmed February 5, rehearing denied February 26, 1929.

## NILS PAULSON ET UX. v. FRED H. HENRICI ET UX.

### (274 Pac. 313.)

For appellants there was a brief over the names of *Mr. W. L. Mulvey* and *Mr. B. F. Lindas.*

For respondents there was a brief over the name of *Messrs. Clark, Skulason & Clark,* with an oral argument by *Mr. A. E. Clark.*

PER CURIAM.—This is a suit to restrain a continuing trespass to real property. The transcript of

evidence is not here. The complaint unquestionably states a cause of suit. There is, therefore, no question which we can review. It follows that the decree of the lower court in favor of plaintiffs is affirmed.

AFFIRMED.